UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re: } Case No. 19-90879-AKM-13
Patrick Steven Green }
   Debtor }

## MOTION TO SELL AT PRIVATE SALE

The Debtor hereby moves the court, pursuant to 11 U.S.C. § 363(b) and Local Rule B-6004-2, to approve the sale of property as described below and state as follows:

1. The property to be sold is the Debtors' property, commonly known as 710 Sky Way Drive NW, Corydon, IN 47112 (the "Property").

2. The property was marketed for sale by Megan Paz with Keller Williams Realty Consultants and only one offer was considered.

3. The terms of the sale are attached hereto as Exhibit A. The proposed sales price is $246,000.00.

4. After the satisfaction of any anticipated judgment liens against the property, accrued taxes, and other costs and expenses of the sale as summarized in the Estimated Closing attached hereto as Exhibit A, the debtor will claim the maximum exemption amount allowed for under Indiana Code § 34-55-10(c)(1) of $38,600.00 The Debtor's bankruptcy estate shall receive the remaining sale proceeds to pay the bankruptcy estate in full.

5. Said sale is contingent upon the contingencies specified in Exhibit A.

6. The Proposed buyers are Kathleena Ashelman and Dalton Wimberley. There are no known relationships between the prospective purchasers and

the Debtor or the Standing Trustee.

7. The proposed sale seeks to sell the property free and clear of all liens. The first mortgage lien held by Land Home Financial Services/Dove will be paid in full at closing.

**NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to enter an order approving the sale, or if you want the court to consider your views on the motion, then within **21 days** from the date of service or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)., you or your attorney must file with the Bankruptcy Clerk a written objection explaining your position.

Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring Street
> New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion and to the Trustee. **If an objection is NOT timely filed, the requested relief may be granted.**

**WHEREFORE**, the Debtor moves the court to enter an order approving the sale and granting such other relief as appropriate.

> Respectfully submitted,
>
> KOEHLER LAW OFFICE
>
> By: /s/ Lloyd E. Koehler
> Lloyd E. Koehler
> Attorney No. 15669-98
> Counsel for Debtor
> 400 Pearl St., Suite 200
> New Albany, Indiana 47150
> Telephone: (812)949-2211
> Fax: (812)941-3907
> E-mail: lloydkoehler@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th day of March, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com
U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

I further certify that a copy of the foregoing was sent on the 29th day of March, 2023 via certified mail to the following:

Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001

U.S. Attorney's Office, Southern District of Indiana, 10 West Market Street Suite 2100, Indianapolis, IN 46204

Highest Ranking Officer, Land Home Financial Services, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047

Notice of this filing will also be sent to the creditors and parties listed on the attached mailing matrix via U.S. Mail this 29th day of March, 2023.

/s/ Lloyd E. Koehler
Lloyd E. Koehler

```
Label Matrix for local noticing        Baptist Health Floyd                   Cbs Col Padu
0756-4                                 Credit Bureau Systems, Inc             100 Fulton Ct.
Case 19-90879-AKM-13                   PO Box 9200                            Paducah, KY 42001-9004
Southern District of Indiana           Paducah, KY 42002-9200
New Albany
Mon Mar  6 16:02:27 EST 2023

Centra Fcu                             Credit Bureau Systems Inc.             Flagstar Bk/Pingora
1430 National Bk                       PO BOx 9200                            C/O Anthony L Manna
Columbus, IN 47201-5577                Paducah, KY 42002-9200                 One Indiana Square, Ste. 1500
                                                                              Indianapolis, IN 46204-2019


Freedom Mortgage Corporation           (p)G  L  A   COLLECTION CO  INC        HCH Physicians Practice
10500 Kincaid Drive Suite 300          PO BOX 588                             1141 Hospital Drive, NW
Fishers, IN 46037-9764                 GREENSBURG IN 47240-0588               Corydon, IN 47112-2164



Hayley Belcher                         (p)JPMORGAN CHASE BANK  N A            Park Community Credit Union
9255 Old State Rd 135                  BANKRUPTCY MAIL INTAKE TEAM            312 Elm Street, Suite 1200
New Salisbury, IN 47161-8669           700 KANSAS LANE FLOOR 01               Cincinnati, OH 45202-2763
                                       MONROE LA 71203-4774


Parkcomm Fcu                           Pingora Loan Servicing, LLC            RiverLink
6101 Fern Valley R                     c/o Jennifer R. Fitzwater, Esq.        c/o Municipal Services Bureau
Louisville, KY 40228-1045              One Indiana Square, Ste. 1500          POB 16799
                                       Indianapolis, IN 46204-2019            Austin, TX 78761-6799


Rushmore Loan Management Services      U.S. Bank National Association, et al
P.O. Box 55004                         Rushmore Loan Management Services
Irvine, CA 92619-5004                  P.O. Box 55004
                                       Irvine, CA 92619-5004
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GLA Collection Company                 (d)Gla Collect                         Jpmcb Card
POB 588                                2630 Gleeson Ln                        Po Box 15369
Greensburg, IN 47240                   Louisville, KY 40299                   Wilmington, DE 19850
```

End of Label Matrix
Mailable recipients    16
Bypassed recipients     0
Total                  16