**SO ORDERED: April 28, 2023.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 12/2022)

In re:

**Patrick Steven Green**,  Case No. **19–90879–AKM–13**
　　　Debtor.

## ORDER APPROVING AGREED ENTRY

An Agreed Entry Resolving Motion to Sell with Creditor US Bank National Association was filed on April 28, 2023, by Creditor U.S. Bank National Association,.

**IT IS ORDERED** that the Agreed Entry Resolving Motion to Sell with Creditor US Bank National Association is **APPROVED**.

The Clerk's Office will distribute this order.

###